1  (Counsel for the parties listed on next page)

**DENIED**
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE SUBEGA,<br><br>        Plaintiff,<br><br>  vs.<br><br>INTEL CORPORATION,<br><br>        Defendant. | No. 5:10-cv-05025 EJD |
| LUPE SUBEGA,<br><br>        Plaintiff,<br><br>  vs.<br><br>INTEL CORPORATION,<br><br>       Defendant. | No. 5:11-cv-00722 EJD<br><br>**JOINT STIPULATION TO CONSOLIDATE** |

1  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
2  BRITTANY F. STEVENS (SB# 268094)
   brittanystevens@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:   (415) 856-7100
6
7  Attorneys for Defendant
   INTEL CORPORATION
8
9
10
11 ROBERT SALINAS (SB# 184260)
   bob@ssrplaw.com
12 PAMELA KONG (SB# 220912)
   pkong@ssrplaw.com
13 JORGE AGUILAR II (SB# 238111)
   jaguilar@ssrplaw.com
14 SUNDEEN SALINAS & PYLE
   428 13th Street, 8th Floor
15 Oakland, California  94612
   Telephone:  (510) 663-9240
16 Facsimile:   (510) 663-9241
17
18 ADAM ALLEN ARANT (SB# 250078)
   aaa@arantlaw.com
19 THE LAW OFFICES OF ADAM A. ARANT
   39111 Paseo Padre Parkway, Suite 203
20 Fremont, California  94538
   Telephone:  (510) 764-1544
21 Facsimile:   (510) 896-8424

   Attorney for Plaintiff
22 LUPE SUBEGA

23
24
25
26
27
28

Case No. 5:10-cv-05025 EJD
Case No. 5:11-cv-00722 EJD                    -1-                    JOINT STIPULATION TO CONSOLIDATE

**STIPULATION AND PROPOSED ORDER**

This Stipulation is entered into by and between Lupe Subega and Intel Corporation.

WHEREAS, on November 5, 2010, Plaintiff Lupe Subega filed a complaint against Intel Corporation (*Lupe Subega v. Intel Corporation,* Case No. 5:10-cv-05025-EJD) ("Subega I"), which has been amended twice. The operative Second Amended Complaint in Subega I, filed on April 4, 2011, asserts wage-and-hour claims under California and federal law, alleging that Intel failed to pay Plaintiff for all hours that she worked while she was employed with Intel.

WHEREAS, on February 16, 2011, Plaintiff Lupe Subega filed a second complaint against Intel Corporation (*Lupe Subega v. Intel Corporation,* Case No. 5:11-cv-00722-EJD) (Subega II"), which has been amended once. The operative First Amended Complaint in Subega II, filed on April 8, 2011, asserts retaliation, wrongful termination, and penalties claims under California and federal law, alleging that Intel terminated Plaintiff's employment because she complained to Intel that it failed to pay her for all hours that she worked.

WHEREAS, the parties agree that (a) the claims in both cases are related to the same incidents and events and may require the determination of similar questions of law or fact, (b) the cases are likely to require substantial duplication of judicial resources if not consolidated, (c) and consolidation will promote the interests of justice and efficiency.

NOW THEREFORE, it is hereby stipulated and agreed by all parties to these actions, by and through their undersigned counsel, that

1. The later-filed case of *Lupe Subega v. Intel Corporation*, Case No. 5:11-cv-00722-EJD be consolidated with *Lupe Subega v. Intel Corporation*, Case No. 5:10-cv-05025-EJD;
2. Intel is not hereby agreeing that Plaintiff's claims relate back to the earliest filing or waiving any defenses based on the timeliness of Plaintiff's claims or any other defenses;

1    3.   Plaintiff shall file a Third Amended Complaint in the consolidated action that is agreed upon by the parties and combines, without amendment or supplementation, the claims asserted in the operative complaints in Subega I and Subega II; and

4.   Intel shall have 21 days after service of the Third Amended Complaint to answer or otherwise respond to the Third Amended Complaint.

IT IS SO STIPULATED.

DATED: August 16, 2011         E. JEFFREY GRUBE
                               BRITTANY F. STEVENS
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP


                               By:    /s/         E. Jeffrey Grube
                                              E. JEFFREY GRUBE

                               Attorneys for Defendant
                               INTEL CORPORATION

DATED: August 16, 2011         ROBERT SALINAS
                               PAMELA KONG
                               JORGE AGUILAR II
                               SUNDEEN SALINAS & PYLE

                               ADAM ALLEN ARANT
                               LAW OFFICES OF ADAM ALLEN ARANT


                               By:    /s/         Pamela Kong
                                              PAMELA KONG

                               Attorneys for Plaintiff
                               LUPE SUBEGA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____                    _____
                                              Hon. Edward J. Davila